IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

RICHARD R. BE LOW, JR.                                              PLAINTIFF

v.                           CIVIL NO. 3:15-cv-3049-MEF

CAROLYN COLVIN, Acting Commissioner
Social Security Administration                                      DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff, Richard Be Low, Jr., brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security ("Commissioner").  ECF No. 1.  On December 16, 2015, Plaintiff filed a Motion to Dismiss.  ECF No. 9.  Plaintiff now concedes that substantial evidence supports the Commissioner's determination that he is not disabled.  Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case with prejudice.

DATED this the 17th day of December, 2015.

/s/ *Mark E. Ford*
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE